■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN GIBSON, Appellant

Although the detective who arrested defendant should not have been permitted to testify that the arrest was made after a conversation with an eyewitness *(People v Holt,* 67 NY2d 819, 821), this testimony did not bolster the testimony of a second eyewitness to the robbery, who, like the first victim, said that defendant had previously made purchases in his store. Nor did it bolster the identification testimony of a third victim, who had been twice robbed by defendant in unrelated incidents, and who identified defendant at a lineup. Clearly, the *Trowbridge* error was harmless *(see, People v Burgess,* 66 AD2d 667).

Defendant's remaining claims are unpreserved or meritless. Concur—Sullivan, J. P., Kupferman, Ross and Kassal, JJ.